# DAWN M. FLORIO LAW FIRM, PLLC
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
<u>DawnMFlorio@yahoo.com</u>

October 8, 2021

<u>Via ECF</u>
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 17C
New York, NY 10007

## MEMO ENDORSED

        Re:     USA v. Junyi Liu
       <u>Dkt#</u>   1:21-CR-00592-LTS-1

Honorable Justice Swain;

    I, Dawn M. Florio, attorney at law, have just been retained to represent Junyi Liu on the above instant matter.

    As the Court is aware, my client had been scheduled to finalize her Appearance Bond, previously set by the Court, by no later than October 12, 2021. The terms dictated were two financial responsible co-signers and a $1,000,000 personal recognized bond secured by property located at 2 Linford Road, Great Neck, NY.

    I have spoken with AUSA Timothy Vincent Capozzi, as to my request and he has authorized me to represent to the Court that he has no objection to extend my client's time to meet those requirements for an additional week, up to and including October 19, 2021.

    Thank you for your consideration in this matter. Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

The above-requested deadline extension is granted. DE#57 resolved.

SO ORDERED.
Dated: October 8, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
Attorney for Joel Cabrera

    cc.:    AUSA Timothy Capozzi
                timothy.capozzi@usdoj.gov