UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                 No.   21-CR-592-LTS

JUNYI LIU, et al.,

        Defendants

-------------------------------------------------------x

## ORDER

The pretrial conference currently scheduled for June 17, 2022, at 10:00 a.m., is hereby rescheduled for **June 14, 2022, at 10:00 a.m.**

      SO ORDERED.

Dated: New York, New York
       May 5, 2022

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge