

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2023

**VIA ECF**

**MEMO ENDORSED**

The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Liu et al.*, 21 Cr. 592 (LTS)

Dear Chief Judge Swain:

    The Government writes on behalf of the parties to respectfully request an approximately 60-day adjournment of the conference in this case currently scheduled for February 16, 2023. To date, two of the defendants in this care have entered guilty pleas. The adjournment requested herein will allow additional time for continued discussions concerning potential pretrial resolutions with the other defendants, which discussions in some instances have reached an advanced stage. It will also allow time for continued review of the substantial discovery in this case.

    If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act between February 16, 2023, and the new conference date set by the Court. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defendants to review discovery and for the parties to engage in discussions of potential pretrial resolutions of this case. The defendants consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Capozzi
Assistant United States Attorney
(212) 637-2404

The foregoing request for adjournment is granted. The pretrial conference is hereby rescheduled to April 12, 2023, at 11:30 a m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through April 12, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#62 resolved.
SO ORDERED.
February 14, 2023
/s/ Laura Taylor Swain, Chief USDJ

    cc:    Defense counsel listed on ECF