UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order** |
| v. | **S2 21 Cr. 592 (LTS)** |
| Junyi Liu, et al., | |
| *Defendants.* | |

Upon the application of the United States of America, by and through Assistant United States Attorney Timothy V. Capozzi, it is hereby ORDERED that the Superseding Indictment that was filed under seal on September 12, 2023, in this case be and hereby is unsealed.

SO ORDERED:

Dated: New York, New York
September 13, 2023

_____
THE HONORABLE LAURA TAYLOR SWAIN
CHIEF UNITED STATES DISTRICT JUDGE