

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2024

VIA ECF

## MEMO ENDORSED

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Liu et al.*, S2 21 Cr. 592 (LTS)

Dear Chief Judge Swain:

      The Government writes on behalf of the parties to respectfully request that the Court adjourn the conference in this case currently scheduled for November 13, 2024, at 3:30 p.m., and schedule a conference for December 10, 2024, at 12:30 p.m. If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act between today's date, and December 10, 2024. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defendants to review discovery, for the parties to engage in discussions of potential pretrial resolutions, and for the parties to prepare for trial. The defendants consent to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

  By: _____
      Timothy V. Capozzi
      Assistant United States Attorney
      212-637-2404

cc:    Defense counsel listed on ECF

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **December 10, 2024, at 12:30 PM**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through December 10, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE #323 is resolved.
SO ORDERED.
11/12/2024
/s/ Laura Taylor Swain, Chief USDJ