U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 3, 2024

<u>VIA ECF</u>

# **MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Liu et al.*, S2 21 Cr. 592 (LTS)

Dear Chief Judge Swain:

The Government writes on behalf of the parties to respectfully request that the Court adjourn the conference in this case currently scheduled for December 10, 2024, at 12:30 p.m., until the week of January 6, 2025 or a convenient date thereafter. The parties request the adjournment to allow additional time for discussions of potential pretrial resolutions. If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act between today's date, and the new date set for the conference. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defendants to review discovery, for the parties to engage in discussions of potential pretrial resolutions, and for the parties to prepare for trial. The defendants consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy V. Capozzi
Assistant United States Attorney
212-637-2404

cc:   Defense counsel listed on ECF

---

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **January 8, 2025 at 2:00pm**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through January 8, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#328 is resolved.
SO ORDERED.
12/4/2024
/s/ Laura Taylor Swain, Chief USDJ