

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 28, 2025

**VIA ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Liu et al.*, S2 21 Cr. 592 (LTS)

Dear Chief Judge Swain:

      The Government writes on behalf of the parties to respectfully request that the Court adjourn the conference in this case currently scheduled for March 6, 2025, at 11:30 a.m., for approximately one week. The parties are available on March 12, 13, 17, or a convenient date thereafter for the Court. The parties request the adjournment to allow additional time for discussions of potential pretrial resolutions. If the Court grants this request, the Government further requests that the Court exclude time under the Speedy Trial Act between today's date, and the new date set for the conference. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defendants to review discovery, for the parties to engage in discussions of potential pretrial resolutions, and for the parties to prepare for trial. The defendants consent to this request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____
Timothy V. Capozzi
Jerry Fang
Assistant United States Attorney
212-637-2404

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **March 13, 2025, at 11:00am**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through March 13, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#351 is resolved. SO ORDERED.
2/28/2025
/s/ Laura Taylor Swain, Chief USDJ

cc:   Kevin Keating, Esq. (via ECF)
       Warren Graham, Esq. (via ECF)