UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                 No.  21-CR-592-LTS-1

JUNYI LIU,                           ORDER

       Defendant.

--------------------------------------------------------x

        The sentencing hearing in this case, which is scheduled for November 4, 2025, at

2:30 PM, is re-scheduled to **November 4, 2025, at 3:30 PM** in Courtroom 17C.


        SO ORDERED.

Dated: New York, New York          _/s/ Laura Taylor Swain_____
      September 18, 2025           LAURA TAYLOR SWAIN
                              Chief United States District Judge