UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                    No.  21-CR-592-LTS-1

JUNYI LIU,                                                                            ORDER

        Defendant.

--------------------------------------------------------x

        Both the Defense and the Government request that the unredacted versions of

their sentencing submissions be filed under seal.  (See docket entry nos. 435-37.)  These requests

are granted to protect sensitive personal medical and identifying information.  Both parties are

directed to take hard copies of the referenced unredacted documents to the Records Room of the

Clerk's Office for sealed filing, together with a copy of this order.


        SO ORDERED.

Dated: New York, New York                              _/s/ Laura Taylor Swain_____
      February 25, 2026                                  LAURA TAYLOR SWAIN
                                 Chief United States District Judge