UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 21-CR-592-LTS-1

JUNYI LIU,

ORDER

Defendant.

-----------------------------------------------------x

By letter dated July 7, 2026, counsel for Defendant Liu has requested a three-month extension of her deadline for surrender to custody, for medical reasons. (Docket no. 450.) Counsel has also requested permission to redact language and an attachment that detail sensitive medical information from the public filing of the letter. (Docket no. 449.)

The redaction request is granted; counsel is directed to deliver a hard copy of the unredacted letter and attachment to the Court's Records Management Department (500 Pearl Street, Room 370), together with a copy of this order, for filing under seal. See C.J. Swain Indiv. Prac. R. B(4). The Government must file any opposition to the extension request by 5:00 p.m. on July 15, 2026. The Court hereby authorizes the redaction and sealed filing of any portions of the opposition filing that contain sensitive medical information.

SO ORDERED.

Dated: New York, New York
July 10, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge