UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 21-CR-592-LTS-1

JUNYI LIU,

ORDER

Defendant.

-----------------------------------------------------x

By letter dated July 7, 2026, counsel for Defendant Liu requested a three-month extension of her deadline for surrender to custody, for medical reasons. (Docket no. 450.) On July 15, 2026, the Government responded in opposition to the request. (Docket no. 453).

Ms. Liu is hereby directed to submit for sealed filing and serve on the Government **by July 21, 2026**, a doctor's note or other current medical documentation specifying Ms. Liu's current treatment regimen, including medications, method of administration, frequency of medication administration, and type and frequency of imaging and physical examinations. The Government is ordered to submit the documentation to the U.S. Bureau of Prisons ("BOP") for review and to submit and serve on the Defendant a declaration **by July 24, 2026,** informing the Court and counsel of the BOP's capacity to continue uninterrupted Ms. Liu's current treatment regimen.

The Court hereby authorizes the redaction and sealed filing of any portions of the above ordered filings that contain sensitive medical information.

SO ORDERED.

Dated: New York, New York
July 16, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge