UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

-v- No. 21-CR-592-LTS-1

JUNYI LIU,

Defendant.

------------------------------------------------------x

ORDER

By letter dated October 22, 2026, counsel for Defendant Liu has requested to extend her deadline for surrender to custody to January 27, 2027, for medical reasons. (Docket no. 463.) Counsel has also requested permission to redact language and an attachment that detail sensitive medical information from the public filing of the letter. (Id.)

The redaction request is granted; counsel is directed to deliver a hard copy of the unredacted letter and attachment to the Court's Records Management Department (500 Pearl Street, Room 370), together with a copy of this order, for filing under seal. See C.J. Swain Indiv. Prac. R. B(4). The parties are directed to meet and confer and file, **by 5:00 p.m. on October 27, 2026**, a joint submission setting forth any opposition by the Government to the extension request and the parties' respective positions as to whether a change in Ms. Liu's current release conditions to home incarceration, while medical evaluations and treatment continue, pending an extended surrender date would be consistent with protection of the public, promotion of respect for the law, the provision of needed medical care in the most effective manner, and other relevant sentencing goals.

The Court hereby authorizes the redaction and sealed filing of any portions of the joint filing that contain sensitive medical information.

SO ORDERED.

Dated: New York, New York
October 23, 2026

/s/ Laura Taylor Swain__________
LAURA TAYLOR SWAIN
Chief United States District Judge